Joe MANICCHIA, Appellant,

v.

STATE of Texas, Appellee.

No. 31972.

Court of Criminal Appeals of Texas.

May 25, 1960.

J. P. Moseley, Dallas, for appellant.

Henry Wade, Criminal Dist. Atty., Jack Pevehouse, Daniel Stansbury, Phil Burleson, Asst. Dist. Attys., Dallas, and Leon B. Douglas, State's Atty., Austin, for the State.

WOODLEY, Judge.

The offense is selling beer during prohibited hours; the punishment, a fine of $200.

The complaint and information alleged that appellant sold beer to Ru*pert* Lloyd Sessions on Sunday between the hours of 1 o'clock A.M. and 1 o'clock P.M.

The alleged purchaser did not testify.

A police officer testified to facts sufficient to sustain a finding that appellant sold 14 cans of beer to a man who identified himself to the officer as Ru*ford* Lloyd Sessions.

The complaint and information alleging the sale of beer to Ru*pert* Lloyd Sessions, evidence of a sale to Ru*ford* Lloyd Sessions would be insufficient because of the variance, "Rupert" and "Ruford" not being idem sonans. 23 Tex.Jur. 685, Sec. 70; Chaney v. State, 59 Tex.Cr.R. 283, 128 S. W. 614; Albidrez v. State, 158 Tex.Cr.R. 229, 254 S.W.2d 522; Marshall v. State, 157 Tex.Cr.R. 340, 248 S.W.2d 931.

The judgment is reversed and the cause remanded.